**UNITED STATES of America, Appellee,**

v.

**James JOHNSON, Appellant.**

No. 03–1854.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 25, 2003.

Decided Dec. 10, 2003.

Michael D. Johnson, U.S. Attorney's Office, Little Rock, AR, for Plaintiff–Appellee.

David O. Bowden, Little Rock, AR, James Johnson, Cabot, AR, for Defendant–Appellant.

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

In this direct criminal appeal, James Johnson (Johnson) challenges the sentence the district court[1] imposed following his guilty plea to possession of marijuana and unregistered destructive devices. Having carefully reviewed the record, we find the district court understood it could depart downward and the district court's refusal to depart downward on the grounds Johnson offered (singly or in the aggregate) was an entirely discretionary decision, and thus it is unreviewable. *See United States v. Booker,* 186 F.3d 1004, 1007 (8th Cir. 1999).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.